WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JCS-6031)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
John K. Cunningham (JC-4661)

SPECIAL COUNSEL TO THE BANK OF NEW YORK, AS INDENTURE TRUSTEE FOR THE SENIOR SECURED NOTES

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SOLUTIA INC., et al., | Case No. 03-17949 (PCB) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that The Bank of New York, as Indenture Trustee for the 11.25% Senior Secured Notes due 2009 issued by Solutia Inc. ("Solutia," and together with its affiliated debtors and debtors-in-possession, the "Debtors") and/or its predecessor, by and through its undersigned counsel, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from each and every part of Order Re Emergency Motion of The Bank of New York, as Indenture Trustee for the Senior Secured Notes, Pursuant to Federal Rule of Civil Procedure 59(e) and Local Bankruptcy Rule 9023-1(a) for Reconsideration of Memorandum Decision on Joint Motion for Partial Summary Judgment with Respect to Claim No. 6210 (11.25% Senior Secured Notes) (the "Order") entered by the United States Bankruptcy Court for the Southern District of New York (Judge Prudence Carter

MIAMI 757375 (2K)

Beatty) on November 26, 2007 [Docket No. 4394]. A copy of the Order appealed from is attached hereto as Exhibit A.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| The Bank of New York, as Indenture Trustee for the Senior Secured Notes | J. Christopher Shore, Esq.<br>Gerard Uzzi, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2797<br>Telephone: (212) 819-8200<br><br>John K. Cunningham, Esq.<br>White & Case LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700 |
| Debtors and Debtors-in-Possession | Richard M. Cieri, Esq.<br>Jonathan S. Henes, Esq.<br>Colin Adams, Esq.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>Thomas L. Campbell, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>Telephone: (312) 861-2000<br><br>Jonathan M. Landers, Esq.<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000 |

| | |
|---|---|
| Official Committee of Unsecured Creditors of Solutia Inc., et al. | Daniel H. Golden, Esq.<br>Ira S. Dizengoff, Esq.<br>Andrew J. Rossman, Esq.<br>Ryan C. Jacobs, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>500 Madison Avenue<br>New York, New York 10022-2524<br>Telephone: (212) 872-1000<br><br>James R. Savin, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000 |
| Office of the United States Trustee | Greg M. Zipes, Esq.<br>Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Telephone: (212) 510-0500 |

Dated:   November 28, 2007
         Miami, Florida

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JCS-6031)

Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700
John K. Cunningham (JC-4661)

By:   /s/ John K. Cunningham
      John K. Cunningham (JC-4661)

SPECIAL COUNSEL TO THE BANK OF NEW YORK, AS INDENTURE TRUSTEE FOR THE SENIOR SECURED NOTES

**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SOLUTIA INC., et al. | ) | Case No. 03-17949 (PCB) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 4317** |

ORDER RE EMERGENCY
MOTION OF THE BANK OF NEW YORK, AS INDENTURE TRUSTEE
FOR THE SENIOR SECURED NOTES, PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 59(e) AND LOCAL BANKRUPTCY RULE 9023-1(a)
FOR RECONSIDERATION OF MEMORANDUM DECISION ON JOINT
MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO
CLAIM NO. 6210 (11.25% SENIOR SECURED NOTES)

Upon the emergency motion dated November 15, 2007 (the "Motion") of The Bank of New York, as indenture trustee for the 11.25% Senior Secured Notes due 2009 issued by Solutia Inc. ("Solutia," and together with its affiliated debtors and debtors-in-possession, the "Debtors") and/or its predecessor, for reconsideration of Memorandum Decision on Joint Motion for Partial Summary Judgment With Respect to Claim No. 6210 (11.25% Senior Secured Notes) (the "Memorandum Decision") pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, made applicable herein by Rule 9023 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9023-1(a); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein was sufficient under the circumstances, and that no other or further notice need be provided; and upon consideration of the joint opposition of the Debtors and the Official Committee of Unsecured Creditors to the Motion; and the Court having held a hearing on the Motion and the joint objection thereto on November 20, 2007 (the "Hearing"); and the Court having signed an errata order (ECF Doc. Co. 4356)

correcting certain errors referred to in the reconsideration motion, and after due deliberation and sufficient cause appearing therefore, for the reasons set forth on the record;

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Motion is denied for the reasons stated by the Court on the record at the Hearing

Dated: November 26, 2007
New York, New York

**/s/ Prudence Carter Beatty**
PRUDENCE CARTER BEATTY
UNITED STATES BANKRUPTCY JUDGE

2